# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Miller Oil Company, a Montana Corporation, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 640Energy, LLC, a Foreign Limited Liability Company, | ) ) ) | Case No. 4:15-cv-068 |
| Defendant. | ) | |

On January 22, 2016, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties stipulation (Docket No. 19) and **ORDERS** that the above-entitled be **DISMISSED** with prejudice and without costs to any party.

Dated this 25th day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court